JACOB ZENNER, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Zenner* v. *Brooklyn Heights R. R. Co.*, 173 App. Div. 194, affirmed. (Argued January 27, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained

through the negligence of defendant. Plaintiff, while walking across defendant's tracks on the Williamsburg Bridge Plaza in Brooklyn, was struck by one of defendant's cars and injured. The complaint was dismissed at the close of the plaintiff's case upon the specific ground that the evidence disclosed that he was guilty of contributory negligence as a matter of law.

. *Leonard F. Fish* and *Jacob C. Brand* for appellant.

*D. A. Marsh* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CRANE and ANDREWS, JJ. Dissenting: CARDOZO and POUND, JJ. Not sitting: COLLIN, J.